UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13277
    JUAN CARLOS GONZALEZ
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-4773

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/25/07 .

    2.  The case was dismissed without confirmation, 12/07/2007.

    3.  The Debtor paid a total of $    422.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HOMEQ SERVICING CORP | SECURED | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |

            Summary of disbursements:
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   3500.00
and was paid $    226.00  direct and $    403.01  through the plan.

The Trustee received $     18.99 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/10/08                    /S/
                                 GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 13277 JUAN CARLOS GONZALEZ